# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH W. EDGEMON
        Plaintiff,
   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5619KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court finds the ALJ properly determined plaintiff was not disabled.
Accordingly. the ALF's decision is AFFIRMED.

    June 29, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk